ACCEPTED
05-15-01005-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/21/2015 10:22:38 AM
LISA MATZ
CLERK

Appellate Docket Number: **05-15-01005-CR**

Appellate Case Style: Style: Kyle Steven Conner

Vs. State of Texas

Companion Case: F15-51015-J

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/21/2015 10:22:38 AM
LISA MATZ
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| First Name: Kyle | ☒ Lead Attorney |
| Middle Name: Steven | First Name: Katherine |
| Last Name: Conner | Middle Name: A. |
| Suffix: | Last Name: Drew |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☐ Retained ☐ District Attorney ☒ Public Defender |
| Pro Se: ◯ | Firm Name: Dallas County Public Defender's Office |
| | Address 1: 133 North Riverfront Boulevard, L. B. 2 |
| | Address 2: |
| | City: Dallas |
| | State: Texas    Zip+4: 75207 |
| | Telephone: (214) 875-2360    ext. |
| | Fax: (214) 875-2363 |
| | Email: Kathi.Drew@dallascounty.org |
| | SBN: 06117800 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes  ☒ No

Amount of Bond:

Pro Se: ◯

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Lori

Middle Name:

Last Name: Ordiway

Suffix:

☐ Appointed  ☐ Retained  ☒ District Attorney  ☐ Public Defender

Firm Name: Dallas County District Attorney's Office

Address 1:

Address 2: 133 North Riverfront Boulevard, Lock Box 19

City: Dallas

State: Texas    Zip+4: 75207

Telephone: (214) 653-3625    ext.

Fax: (214) 653-3643

Email: Lori.Ordiway@dallascounty.org

SBN: 12327300    | Add Another Appellee/ Attorney |

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Controlled Substances

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: July 13, 2015

Offense charged: Possession of Methamphetamine

Date of offense: January 1, 2015

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes  ☐ No

Was the trial by:  ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: July 30, 2015

If mailed to the trial court clerk, also give the date mailed :

July 30, 2015

Punishment assessed: 2 years imprisonment

Is the appeal from a pre-trial order?  ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:  ☐ Yes  ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes  ☒ No    If yes, date filed:

Other:  ☐ Yes  ☐ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☐ Yes  ☐ No  ☒ NA    If yes, date filed:

Date of hearing:    ☒ NA

Date of order: August 11, 2015    ☐ NA

Ruling on motion:  ☐ Granted  ☐ Denied  ☒ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: Criminal District Court No. 3

County: Dallas

Trial Court Docket Number (Cause no):     F15-51016-J

Trial Court Judge (who tried or disposed of the case):

First Name: Gracie

Middle Name:

Last Name: Lewis

Suffix:

Address 1: 133 N. Riverfront Blvd., LB36

Address 2:

City: Dallas

State: Texas     Zip + 4: 75207

Telephone: 214-653-5922     ext.

Fax:

Email: Gracie.Lewis@dallascounty.org

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Aug 18, 2015

If no, date it will be requested:

Were payment arrangements made with clerk? ☐ Yes ☒ No

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: Aug 18, 2015

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☒ No

---

☒ Court Reporter     ☐ Court Recorder
☒ Official           ☐ Substitute

First Name: Kimberly

Middle Name:

Last Name: Xavier

Suffix:

Address 1: 133 N. Riverfront Blvd., LB40

Address 2:

City: Dallas

State: Texas     Zip + 4: 75207

Telephone: 214-653-5923     ext.

Fax:

Email: Kimberly.Xavier@dallascounty.org

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: F15-51015-J          Court: Criminal District Court No. 3

Style:   Kyle Steven Conner

  Vs.    State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se  Party)          Date:   August 21, 2015

_____
                                                 State Bar No: 06117800
Printed Name:

Electronic Signature:   s/Katherine A. Drew          Name:   Katherine A. Drew
     (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on   August 21, 2015          .

_____

 Signature of counsel (or pro se party)          Electronic  Signature:  Katherine A. Drew
                                                      (Optional)

                                                 State Bar No.:   06117800

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:
                    (1) the date and manner of service;
                    (2) the name and address of each person served, and
                    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: August 21, 2015

Manner Served: eServe

First Name: Lori

Middle Name:

Last Name: Ordiway

Suffix:

Law Firm Name: Dallas County District Attorney's Office

Address 1: 133 North Riverfront Boulevard, L.B. 19

Address 2:

City: Dallas

State Texas          Zip+4: 75207

Email: DCDAAppeals@dallascounty.org

Cause No. F15-5106

| THE STATE OF TEXAS | § | IN THE ___ Criminal ___ |
| VS. | § | DISTRICT COURT ___ #3 ___ |
| Kyle Conner | § | DALLAS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal, [or]

☐ other (please specify): _____

___ Gracie Lewis ___                     ___ 7/13/2017 ___
Judge                                     Date Signed

     I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

___ Kyle Conner ___                      ___ R. Scott ___
Defendant (if not represented by counsel)   Defendant's Counsel
Mailing Address:                            State Bar No.:
                                            Mailing Address:
Telephone #:
Fax # (if any):                             Telephone #:
                                            Fax # (if any):

    * A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case- --- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).



Loc._____  Bookin Number:  Audit Number: 201541379

# APPOINTMENT OF COUNSEL FOR INDIGENT DEFENDANT

The State of Texas

Vs.

## KYLE CONNER

Criminal District Court No. 3 (FJ)

District Court

Dallas County, Texas

| Cause No.: | Offense | LD |
|---|---|---|
| F1551016 | POSS CS PG1 LT 1 | FS |
| F1551015 | UNAUTH USE OF VE | FS |

It appearing that the defendant has executed a sworn statement certifying that he/she is without means to employ counsel and requesting appointment of counsel; the Court finds that the defendant is indigent and hereby appoints: The Attorney: PUBLIC DEFENDER APPELLATE DIVISION

Phone: 214-875-2360          Alt. Phone: 214-875-2368

Email: KATHI.DREW@DALLASCOUNTY.ORG,BIANCA.HERNANDEZ@DALLASCOUNTY.ORG

Address: 133 N. RIVERFRONT BLVD.,  DALLAS, TX 75207

A practicing attorney of the State to represent the defendant in said case(s).

Signed this 11th day of August, 2015

*Gracie H. Lewis*

JUDGE

GRACIE LEWIS

July 27, 2015

Honorable Judge Gracie Lewis,

I came before you on July 13, 2015 on an open plea. At that time you sentenced me to 24 months state jail. At this time I am currently at the Hutchins State Jail. I have a piece of paper signed by yourself and I that states that I have a right to appeal. However, it also states that I have only 30 days to file a pro se petition. Due to the rules of Hutchins state jail I am not allowed access to the law library until I have completed the processing and moved to population. This could take anywhere from two to three weeks, at which time my 30 days would be up. Your honor, I dont even know what pro se means nor do I know anything about the appeal process. My attorney wouldn't even come back to the court holdover to speak with me after the sentencing. Am I entitled to an appeal attorney? And if so would you please appoint me one. And if not would you please grant me an extension of the 30 days so that I may have time to research my options and file any motions if need be. Thank you for your time and consideration of this matter.

Respectfully

REF. TO CAUSE #s: F1551015
F1551016

CHAD HAMILL

Kyle Carver #2007462
Hutchins State Jail
1500 E. Langdon Rd.
Dallas Tx 75241

Criminal District Court #3
Judge Gracie Lewis
Frank Crowley Builders
133 N. Riverfront Blvd. LB40
Dallas Tx 75207

NORTH TEXAS TX P&DC
DALLAS TX 750
30 JUL 2015 PM 9 L

PURPLE HEART
FOREVER USA

7520743T220

Judgment/Sentence date ~~07/13/15~~ No ☑ Yes ☐ Date _____
Motion for New trial filed

_____ Deputy District Clerk

THE STATE OF TEXAS

VS.

Kyle Conner

CAUSE NO. F 1551016 - J

Criminal DISTRICT COURT #3

DALLAS COUNTY, TEXAS

# DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH
## APPOINTMENT OF ATTORNEY ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant in the above cause and states: I am the defendant in the above cause; I was convicted in this cause and now give Notice of Appeal to the Texas Court of Appeals for the Fifth Supreme Judicial District of Texas of Dallas, Texas, and that I am penniless, destitute and indigent person, too poor to employ counsel to represent me on the appeal, and too poor to pay for or give security for the Statement of Facts and a true copy thereof herein. WHEREFORE, I pray that the Court will appoint an attorney to represent me in this appeal and that the Court will order the Court Reporter of this Court to prepare and deliver me or my appointed Counsel the original and a true copy of the Statement of Facts in this case, together with all exhibits attached thereto if practical.

_See attached letter_
Defendant

BEFORE ME, the undersigned authority, personally appeared the above Defendant, known to me to be the person whose signature appears above, and after being duly sworn on oath states that he is the defendant in the above cause, and that the matters and things set forth in the foregoing are true and correct in all things.

Felicia Pitre
District Clerk
Dallas County, Texas

By _____
Deputy District Clerk

## ORDER

The Defendant having requested the Court to appoint Counsel, it is Ordered the Honorable

PD Appellate_____ Address: 133 N. Riverfront Blvd Dallas 75207

a regular licensed and practicing attorney of Texas, be, and he/she is hereby appointed to represent Defendant in prosecuting his/her appeal herein, and it is further Ordered that the Court Reporter is hereby directed to transcribe al of the notes as same may appertain to his cause and as taken during the

trial of this cause which began on _____ , _____.
and make Statement of Facts in duplicate and furnish same to defendant or his appointed Counsel.

Gracie Lewis
Judge